**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| FARM CREDIT OF THE VIRGINIAS, ACA ) <br> an Agricultural Credit Association, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> WALTER KIM DEPOY, ) <br> ) <br> Defendant. ) | ELECTRONICALLY FILED <br> 5/20/2024 <br> U.S. DISTRICT COURT <br> Northern District of WV <br><br> Case No. 2:24-cv-6 <br><br> Hon. Kleeh, Judge |

**COMPLAINT**

Farm Credit of the Virginias, ACA (alternatively, "FCV" or "Plaintiff") for its complaint against defendant, Walter Kim Depoy (alternatively, "Depoy" or "Defendant"), alleges as follows:

**PARTIES**

1. Plaintiff, FCV, is a federal agricultural credit association having its principal place of business at 106 Sangers Lane, Staunton, Virginia.

2. Upon information and belief, defendant, Walter Kim Depoy is a natural person and resident of Adrian, West Virginia.

**GENERAL ALLEGATIONS**

3. On or about May 5, 2022, the Defendant, for good and valuable consideration, made and delivered to FCV, in Lewisburg, Greenbrier County, West Virginia, a certain promissory note in the original principal amount of Two Hundred Eighty-Five Thousand and 00/100 Dollars ($285,000.00), (together with all amendments and modifications thereto, "the Note"), under and by which, among other things, the Defendant promised to pay FCV eighty-

three (83) equal installments of Four Thousand Three Hundred Fifty-Nine and 79/100 Dollars ($4,359.79) beginning July 1, 2022 and one final payment of all remaining principal and interest due on June 1, 2029.  (A copy of the Note is attached as **Exhibit A**).

4. The Note is identified on the books and records of FCV as Loan Number 014017 181651-02.

5. Since July 1, 2023, no regular payments have been made in respect of the Note.

6. As an inducement to FCV to fund the Note, the Defendant executed a Security Agreement on or about May 5, 2022, granting FCV a security interest in the following equipment: a 2021 Sany SY 255 Excavator with 275 hours S/N: SY0221CA008 with Roto BEC grappler with saw (S/N 09007108-1), Weld Thumb, 36" Bucket and Forestry Guard Package (the "Sany Excavator") and a 2004 Barko 160D Hydrolic Loader with bar slasher package (s:n:10423387), Cummins 6 BT 5.9L engine with approximately 9,000 hours (the "Barko Loader") (collectively, the "Original Collateral") ("Security Agreement," a copy of which is attached as **Exhibit B**).

7. On or about October 30, 2023, FCV sent certain written notice of distressed loan restructuring ("DLR") with respect to the Note to the Defendant named herein ("DLR Notice," a copy of which is attached as **Exhibit C**).

8. On or about December 9, 2023, Defendant sold the Barko Loader at auction conducted by Appalachian Equipment Solutions, with said sale resulting in net proceeds of Twelve Thousand and 00/100 Dollars ($12,000.00) due to FCV.

9. On or about December 29, 2023, FCV sent certain written notice to the Defendant named herein confirming the DLR process made subject of the DLR Notice had concluded ("DLR Close Out Notice," a copy of which is attached as **Exhibit D**).

10. On or about January 3, 2024, FCV sent certain written notice of default with respect to the Note to the Defendant named herein (the "Default Notice," a copy of which is attached as **Exhibit E**).

11. On or about January 9, 2024, the Defendant voluntarily surrendered the Collateral to FCV.

12. On or about January 10, 2024, FCV received the net proceeds in the amount of Twelve Thousand and 00/100 Dollars ($12,000.00) for the sale of Barko Loader, which was applied to the Note.

13. On or about January 16, 2024, FCV released the lien on the Barko Loader by filing a certain UCC Financing Statement Amendment Collateral Change restating the covered collateral as a 2021 Sany SY 255 Excavator with 275 hours S/N: SY0221CA008 with Roto BEC grappler with saw (S/N 09007108-1), Weld Thumb, 36" Bucket and Forestry Guard Package (alternatively, "Sany Excavator" or "Amended Collateral") (the "UCC Amendment," a copy of which is attached as **Exhibit F**).

14. On or about January 23, 2024, FCV sent certain Notice of Disposition of Collateral by Private Sale to the Defendant named herein (the "Disposition Notice," a copy of which is attached as **Exhibit G**).

15. Pursuant to the terms of the Security Agreement, FCV under the Security Agreement sold the Amended Collateral at auction conducted by Appalachian Equipment Solutions, with said sale resulting in net proceeds of One Hundred Fifty Thousand and 00/100 Dollars ($150,000.00).

16. The proceeds of the sales of the Original Collateral were applied to the amounts due under the Note.

3

17.  As of May 1, 2024, after application of the proceeds of the sales, the remaining unpaid principal balance of the Note was One Hundred Fourteen Thousand Ninety-Four and 93/100 Dollars ($114,094.93).

18.  As of May 1, 2024, the amount of late charges incurred in respect of the Note was One Thousand Five Hundred Twenty-Five and 92/100 Dollars ($1,525.92).

19.  As of May 1, 2024, the amount of fees incurred in respect of the Note was Two Thousand Six Hundred Fifty-Four and 31/100 Dollars ($2,654.31).

20.  The Note remains unpaid as of the date hereof.

21.  Pursuant to the terms of the Note, as modified, an event of default has occurred and is continuing in that the Defendant failed to make payments on the Note as and when due.

## COUNT I
### (Breach of the Note)

22.  FCV incorporates the allegations of the preceding paragraphs of the Complaint as if fully restated herein.

23.  As of May 1, 2024, there was justly due to FCV pursuant to the Note an amount not less than One Hundred Eighteen Thousand Two Hundred Seventy-Five and 16/100 Dollars ($118,275.16), including principal in the amount of One Hundred Fourteen Thousand Ninety-Four and 93/100 Dollars ($114,094.93), late charges in the amount of One Thousand Five Hundred Twenty-Five and 92/100 Dollars ($1,525.92), other fees in the amount of Two Thousand Six Hundred Fifty-Four and 31/100 Dollars ($2,654.31), plus: (a) continuing and accruing interest since May 1, 2024 at the *per diem* rate of $22.60077; and (c) all other amounts and charges due and owing under the Note (collectively, the "Note Balance").

24.  As described above, the Defendant has failed to comply with the terms of the Note and is in default.

25.    Plaintiff is entitled to judgment against the Defendant, in an amount not less than the Note Balance, together with prejudgment interest at the contract rate through the date of final judgment in this matter, postjudgment interest thereon at the maximum rate allowed under applicable law, and such other and further relief as the Court deems just and proper.

## DEMAND FOR JUDGMENT

WHEREFORE, Plaintiff, Farm Credit of the Virginias, ACA, prays that judgment be entered in its favor and against Defendant in an amount not less than the Note Balance, together with prejudgment and postjudgment interest on the Note Balance to the extent permitted by applicable law, and that Plaintiff be awarded such other relief, legal or equitable, as this Honorable Court may deem fair and just.

Dated this **20th** day of May 2024.   **FARM CREDIT OF VIRGINIAS, ACA**

**By Spilman Thomas & Battle, PLLC**

*/s/ Gerald E. Lofstead III*
Gerald E. Lofstead III (WVSB # 7375)
1233 Main Street, Suite 4000
P.O. Box 831
Wheeling, WV 26003
304.230.6950 *telephone*
304.230.6951 *facsimile*
glofstead@spilmanlaw.com

5