# FIXED RATE NOTE

Effective Date of Note: 05/05/2022

Loan Number: 014 017 181651-02
Amount: $ 285,000.00

REPAYMENT SCHEDULE

| NUMBER | TYPE | | AMOUNT | | DESCRIPTION OF DUE DATE | |
|---|---|---|---|---|---|---|
| 83 | Fixed Payment | **installment(s) of $ | 4,359.79 | due | Monthly beginning | 07/01/2022 |
| | | **installment(s) of $ | | due | | |
| | | **installment(s) of $ | | due | | |
| | | **installment(s) of $ | | due | | |

A final installment of the unpaid principal balance of the indebtedness and all accrued interest is due 06/01/2029. All installments are successive unless otherwise noted and are payable on the same day of the month, quarter, or year, as applicable, as the initial installment. Installment payments will be applied first to interest, then principal owed, then delinquency charges and to all other charges due.

**Fixed Payment means the installment amount amortizes both principal and interest. Fixed Principal means the installment amount amortizes principal only and accrued interest is due with each installment. Principal Only means the installment amount includes principal only and Interest installments are separate. Interest Only means the installment amount includes accrued interest only and principal installments are separate.

For value received, the undersigned (whether one or more) promise(s) to pay, in lawful money of the United States of America, in accordance with the repayment schedule(s) above stated, to the order of **Farm Credit of the Virginias, ACA, as agent/nominee** (together with any holder hereof, "Association"), at its office in **Lewisburg, WV**, or any other such place as designated by Association in writing, the principal sum of **Two Hundred Eighty Five Thousand and 00/100** Dollars ($ 285,000.00), with interest until paid at a rate of **Seven and 25000/100000** percent (7.25%) per annum.

To the extent permitted by law, the undersigned and every endorser and assumer of this note hereby expressly waive presentment, demand, protest and notice of dishonor, and consent to all renewals, refinances, extensions, modifications, reamortizations or any other rearrangements of the indebtedness evidenced by this note, and releases of personal liability and of security.

If payment of principal and/or interest (or portions thereof) is not paid when due, if any of the undersigned dies or files a petition in voluntary bankruptcy, for receivership, for corporate reorganization, or for other debtor relief of any character or kind, or is adjudged a bankrupt, or if the undersigned is dissolved or any beneficial interest in the undersigned is assigned or transferred and the undersigned is not a natural person, or if the undersigned fails to perform or observe any of its other obligations under this note, the loan agreement, or any other agreement, instrument or other document evidencing, securing or otherwise relating to the loan indebtedness evidenced by this note, or any part thereof, this note shall be in default.

At the option of Association, any default under the terms and conditions of this note or under any other written instrument executed by the undersigned or any other party and related to guaranteeing or securing the indebtedness, whether provided concurrently herewith or arising hereafter, in favor of and/or delivery to the Association shall constitute a default under this note and under any one or more of such notes or other written instruments. Upon default, Association, at its option, and without notice to the undersigned, may declare this note and all other indebtedness owed by the undersigned to be immediately due and payable; may proceed with collections; may cease to make any further advances under this note; may foreclose upon or sell any or all of the security for this note, in such order as it may prefer; monies received will be applied in accordance with applicable law, and may exercise from time to time all rights and remedies available under applicable law, and under any other instrument relative to such indebtedness or security. Unless prohibited by law, any applicable prepayment premium shall be due and payable upon such acceleration.

To the extent authorized by law, Association may recover all costs and expenses, including attorneys' fees and legal expenses, related to the realization of its security interest. Such amounts shall become part of the indebtedness evidenced hereby and shall be immediately payable on demand, and shall, to the extent permitted by law, bear interest from the date incurred until paid at the rate provided herein. This agreement shall be governed in accordance with the laws of the State/Commonwealth of **West Virginia**, without regard to conflict of laws rules. Any dispute arising herefrom shall be filed in any court in **West Virginia** having jurisdiction.

If there is any error or omission in this note or in any instrument securing it, the undersigned will promptly, upon request of Association, execute a new note or other documents as deemed necessary by Association to correct such error or omission and will promptly pay upon demand of Association all attorneys' fees, costs and expenses incurred in connection therewith. If the undersigned fails to pay, upon demand of Association, any sums due or incurred by Association for any of the purposes stated in this note, Association may advance the same, and all amounts so advanced shall become principal immediately due and payable hereunder.

The undersigned agrees to provide current tax returns and financial statements, including a balance sheet and income statement in a form acceptable to the Association as may be from time to time requested by Association while the indebtedness evidenced hereby or any other indebtedness from the undersigned is outstanding.

The undersigned may at any time make prepayments of principal in any amount, provided all accrued interest and all other expenses and charges have been paid current. Prepayments applied to installments will be in inverse order of maturity, except as otherwise provided in writing by Association.

If any installment of principal and/or interest (or portions thereof) is not paid when due and remains unpaid at the end of tw days, a late charge equal to the sum of **Five and 00/100** percent (5.00%) of the overdue installment shall be paid by und not to exceed a maximum of $ 1000.00.

EXHIBIT
tabbies
A

Effective Date of Note: **05/05/2022**
Loan Number: **014 017 181651-02**
Amount: **$ 285,000.00**

**This space intentionally left blank.**

THIS DOCUMENT IS EXECUTED BY UNDERSIGNED IN FAVOR OF ASSOCIATION AS AGENT/NOMINEE OF ITS WHOLLY-OWNED SUBSIDIARY Farm Credit of the Virginias, PCA PURSUANT TO THE MASTER AGREEMENT DESCRIBED HEREIN. AT THE OPTION OF ASSOCIATION, ANY DEFAULT UNDER THE TERMS AND CONDITIONS OF ANY OTHER WRITTEN INSTRUMENT EXECUTED BY UNDERSIGNED AND OWNED, HELD OR SERVICED BY Farm Credit of the Virginias, ACA FOR ITSELF AND/OR AS AGENT/NOMINEE FOR ANY PARTY PURSUANT TO A MASTER AGREEMENT AMONG IT AND ITS WHOLLY-OWNED SUBSIDIARIES SHALL CONSTITUTE A DEFAULT UNDER THIS DOCUMENT.

This note is the joint and several obligation of all persons executing it. Given under the hand and seal of the undersigned

Walter Kim Depoy ____________________ (L.S.)
Walter Kim Depoy

____________________ (L.S.)

____________________ (L.S.)

____________________ (L.S.)