FARM CREDIT

**REGULAR AND CERTIFIED MAIL RETURN RECEIPT REQUESTED**

December 29, 2023

WALTER KIM DEPOY
8107 ALTON RD
ADRIAN, WV 26210

Certified Mail Number:9589071052701620335821

RE: **Close Out of Distressed Loan Restructuring**
Loan No. 18165102000 (the "Loan")

Dear Mr. Depoy:

By letter dated October 30, 2023, Farm Credit of the Virginias, ACA ("Association"), provided you with written notice of distressed loan restructuring ("DLR") with regard to the Loan. According to the October 30, 2023 DLR notice, the deadline to respond to the notice and submit an application for DLR was December 19, 2023. The Association did not receive an application for DLR from you within the period provided. The Association, therefore, is writing this letter to confirm that the DLR process made subject of the October 30, 2023 DLR notice has concluded.

If you have any questions, then please do not hesitate to contact me at 304-580-1883 or 800.919.3276 or dwise@fcvirginias.com.

Sincerely,

David L. Wise BY ACW

David L. Wise
Special Assets Officer, NMLS # 571348

**FACT Act Notice:** Farm Credit of the Virginias, ACA may furnish information regarding del[illegible] insolvencies, late payments or defaults to credit bureaus for inclusion in your credit report.

EXHIBIT
tabbies
D