FARM CREDIT

January 3, 2024

WALTER K. DEPOY
8107 ALTON RD
ADRIAN WV 26210

| | | |
|---|---|---|
| RE: | **Creditor:** | Farm Credit of the Virginias, ACA |
| | **Account Number:** | 18165102000 |
| | **Description of Transaction:** | Note Dated May 26, 2022, in the original principal sum of $285,000.00 |
| | **Balance as of January 3, 2024:** | $264,248.75 |
| | **Default as of January 3, 2024:** | $30,518.53 |
| | **Collateral Securing Debt:** | Logging Equipment |

**NOTICE OF DEFAULT AND RIGHT TO CURE**

Dear Walter K Depoy,

On May 26, 2022, you executed a Note made payable to Farm Credit of the Virginias, ACA ("Farm Credit"), in the original principal sum of $285,000.00. To secure repayment of the Note, you executed a Security Agreement granting Farm Credit a security interest in the Chattel described above ("Collateral").

You have defaulted on the terms of the Note by failing to tender the monthly installment payment due on July 1, 2023 and each month thereafter, resulting in a current arrearage as of January 3, 2024 of $30,518.53. By letter dated October 30, 2023, you were notified of the opportunity to apply for a restructuring of your account. You failed to take any action.

**YOU HAVE THE RIGHT TO CURE THE DEFAULT.** In order to cure the default, send payment in the amount of $30,518.53 to Farm Credit at Farm Credit 102 Industry Way, Staunton, VA 24401. If paying by check, please make the check payable to Farm Credit.

If payment is not received by January 23, 2024, Farm Credit may take further action to protect its interest.

**FACT Act Notice:** Farm Credit of the Virginias, ACA may furnish information regarding delinquencies insolvencies, late payments or defaults to credit bureaus for inclusion in your credit report.



EXHIBIT
tabbies
E

If you have questions regarding your account or the content of this letter, you may contact me at telephone number 1-304-580-1883.

Sincerely,

David L. Wise by JWagstaff

David L Wise
Special Assets Officer

**CERTIFICATION**

I, Eric Roberts, herby certify for Farm Credit of the Virginias, ACA that the notice of consumer's right to cure default on which this certification appears was on January 3, 2024, postage prepaid to Walter K Depoy at the address set forth on the notice.

FARM CREDIT OF THE VIRGINIAS, ACA

By: ____________, Special Assets Mgr.
Eric Roberts
Special Assets Manager

JENNIFER CLARK WAGSTAFF
Notary Public
Commonwealth of Virginia
Reg. 347936
My Commission Expires 11.30.27

STATE OF VIRGINIA,
COUNTY OF Halifax, to-wit:

Subscribed and sworn to before me this 3rd day of January, 2024, by eric Roberts, Special Assets Manager of Farm Credit of the Virginias, ACA.

JWagstaff ____________
Notary Public

Nov 30, 2027 ____________
My Commission Expires

(SEAL)

**FACT Act Notice:** Farm Credit of the Virginias, ACA may furnish information regarding delinquencies, insolvencies, late payments or defaults to credit bureaus for inclusion in your credit report.