IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FARM CREDIT OF THE VIRGINIAS, ACA**
an Agricultural Credit Association,

      **Plaintiff,**

**v.**                                    **CIVIL ACTION NO. 2:24CV6**
                                                  **(KLEEH)**

**WALTER KIM DEPOY,**

      **Defendant.**

## DISMISSAL ORDER

Pursuant to the Notice of Voluntary Dismissal [ECF No. 4], it is hereby **ORDERED** that this matter and all claims herein are **DISMISSED WITH PREJUDICE.** The Clerk **SHALL** terminate any pending motions and strike this case from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** July 8, 2024

                                            /s/ Tom S. Kleeh
                                            THOMAS S. KLEEH, CHIEF JUDGE
                                            NORTHERN DISTRICT OF WEST VIRGINIA